UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-20032
Summary Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

                      versus

JAVIER ANEIDER ALVAREZ,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court for the
Southern District of Texas
(CR-H-94-195-2)
_____

April 18, 1996
Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

        Javier Aneider Alvarez argues that the district court clearly

erred in denying him an adjustment for his minor role in the

offense.

        We have reviewed the record and the briefs of the parties and

find no reversible error.  In so concluding we note that the fact

that a codefendant is more culpable does not automatically qualify

a defendant for either minor or minimal participant status.  See

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in Local Rule 47.5.4.

<u>United States v. Thomas</u>, 963 F.2d 63, 65 (5th Cir. 1992).  Further, the district court is not required to accept a defendant's self-serving statements about his role in the offense.  <u>United States v. Brown</u>, 54 F.3d 234, 241 (5th Cir. 1995).  Appellant's admissions that he had transported a significant amount of drugs and that he was responsible for picking up the funds due in a drug deal worth one-half million dollars indicates that he was a trusted member of a drug organization rather than a mere courier.  See <u>United States v. Thomas</u>, 963 F.2d at 65.

AFFIRMED.